# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF ALABAMA
# SOUTHERN DIVISION

| | |
|---|---|
| LASHAWN POOLE, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) CIV. A. NO. 24-390-KD-MU |
| | ) |
| WAL-MART STORES, INC., *et al.*, | ) |
| | ) |
| Defendants. | ) |

## JUDGMENT

In accordance with the Order entered on this date, it is hereby **ORDERED, ADJUDGED,** and **DECREED** that this action be **DISMISSED WITHOUT PREJUDICE.**

**DONE** this **3rd** day of **January, 2025.**

> **s/ Kristi K. DuBose**
> **KRISTI K. DuBOSE**
> **UNITED STATES DISTRICT JUDGE**